United State District Court
Southern District of New York
Jimmie Lloyd

Civil Rights Act, 42 U.S.C 1983

Plaintiff

**15CV 8273**

-Against-

Jury Trial Demanded

P.O Officer Castillo
The City of New York
The New York Police Department

RECEIVED
OCT 20 2015
PRO SE OFFICE

## Preliminary Statement

This civil action involves an intentional violation under state law to unlawfully deprive the plaintiff of the Fifth, Eighth and Fourteenth Amendments of the United States Constitution..

## Jurisdiction of the District Court

**Amendment V**: Specifically concerning criminal action. Nor shall any state deprive one of their life, liberty or property without Due Process of the law.

Nor shall any private property be taken for public use without just compensation

**Amendment VIII**: Forbids excessive bail or fines and cruel and unusual punishment

**Amendment XIV**: No state shall make or enforce any, which shall abridge privileges or immunities of citizens of the United States. Nor shall any state deprive any person of life, liberty or property without Due Process of the law. Nor deny any person within its jurisdiction the equal protection of the Law..

## Parties to this Action

1)PLaintiff Jimmie LLoyd

2) Defendant P.O Officer Castillo

3)52 precinct House

4)The City of New York

## Statement of Claim

On or about June 24, 2015 at approximately 12:45am. I the plaintiff Jimmie Lloyd was pulled over by officer Castillo at a checkpoint on Jerome Ave and Fordham rd in the Bronx. The reason for the stop still doesn't make sense because i committed no violation traffic wise. Officer Castillo requested my license and registration in which i complied. Then Officer Castillo asked me, if i had been drinking?.

I replied, yes i had a drink or two before i left the party in Queens.

Officer Castillo snatched my car door open grabbing me by the neck pulling me out my car and slamming me to the ground. Then Officer Castillo proceeded to put his knee on my head and hand cuff me. I told the Officer (Castillo) this force is not necessary i'm complying. Officer Castillo said, its ass holes like you that cause fatalities. I was breathalyzed 4 times before being arrested.

As a result of the above unlawful action the plaintiff suffers from constant pain on my right shoulder due to the injuries i received from the excessive force.

The plaintiff incurred irreparable mental damage that causes the plaintiff nightmares as well restless nights of sleep.

The injuries the plaintiff suffers from as well the permanent mental scars will never go away..

## Relief Sought

The plaintiff seeks for the jury to recommend the criminal prosecution of Officer Castillo by the Attorney General, for criminal and physical violations committed against the plaintiff.

The plaintiff seeks an order of protection against Officer Castillo by the Attorney General for the civil rights violation as \well the unlawful excessive force.

The plaintiff recommend compensatory damages in the amount of One Hundred Thousand dollars ($100,000,00) from Officer Castillo in his individual capacity as well his Official capacity and for the jury's recommendation on the latter..

The plaintiff Miranda Rights (DUE Process) was also violated and the city of new york should be held accountable for the lack of training on behalf of Officer Castillo.

The plaintiff recommend that the court apply the rules of direct liability and indirect liability and for the jury to recommend compensatory damages for whatever they deem fitting..

signed before me on this day
October 19th 2015

I declare under the penalty of
perjury that the foregoing is true
& correct..

Plaintiff Date of Birth
June 22 1965

ADDRESS APT 9K
70 EAST 115 ST
N.Y N.Y 10009